**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-02615-PAB

HARVEY JACKSON, Individually, and as Parent and Next Friend of I.J., a minor,

    Plaintiff,

v.

HCA-HEALTHONE, LLC, d/b/a Presbyterian/St. Luke's Medical Center, and RONALD GENE WAGNER, JR., M.D.,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Of Dismissal [Docket No. 7] of Judge Philip A. Brimmer entered on October 9, 2013 it is

    **ORDERED** that this case is dismissed without prejudice for lack of subject matter jurisdiction.

    Dated at Denver, Colorado this 9th day of October, 2013.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      s/Kathy Preuitt-Parks
                                      Kathy Preuitt-Parks
                                      Deputy Clerk